THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Travis L. Graham,       
Appellant.
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No.  2005-UP-281
Submitted April 1, 2005  Filed April 20, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Travis Graham appeals his sentence for possession of a firearm during the commission of a violent crime.  His counsel attached to the final brief a petition to be relieved as counsel, stating he reviewed the record and concluded Grahams appeal is without merit.  Graham did not file a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1]We decide this case without oral argument pursuant to Rule 215, SCACR.